UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Casey Alan Johns, | Case No. 2:23-cv-00870-CDS-NJK |
| Petitioner | **Order Granting<br>Motion to Reopen** |
| v. | |
| Perry Russell, et al., | [ECF No. 22] |
| Respondents | |

Petitioner Casey Alan Johns initiated this federal habeas action on June 2, 2023. ECF No. 1. I appointed counsel for Johns, and Johns's counsel filed a first-amended petition. ECF Nos. 7, 12. Johns then sought a stay of this action while he completed his state habeas proceedings. ECF No. 19. Respondents did not oppose the request for a stay. *Id.* I granted the request on November 28, 2023, instructing Johns to return to federal court with a motion to reopen within 45 days of the conclusion of his state court proceedings. ECF No. 20. Johns has timely complied, moving to reopen this case. ECF No. 22.

It is therefore ordered that petitioner Casey Alan Johns's motion to reopen **[ECF No. 22] is GRANTED**. The Clerk of the Court is directed to reopen this matter and lift the stay.

It is further ordered that Johns has until February 28, 2025, to file a second-amended petition and/or seek other appropriate relief. The remainder of the scheduling order (ECF No. 11) remains in effect.

Dated: December 27, 2024

_____
Cristina D. Silva
United States District Judge