# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Casey Alan Johns, | Case No. 2:23-cv-00870-CDS-NJK |
| Petitioner | **Order Granting in part Motion for Extension of Time** |
| v. | |
| Perry Russell, et al., | [ECF No. 35] |
| Respondents | |

Petitioner Casey Alan Johns has filed a motion for a 120-day extension of time to file his third-amended petition. ECF No. 35. This is Johns's first request for an extension of this deadline. I find good cause exists to grant an extension, but I find that the length of the extension request is unreasonable.

It is therefore ordered that the motion for extension of time **[ECF No. 35] is granted, in part**. Johns has up to and including sixty days from the date of this order to file his third-amended petition.

Dated: May 16, 2025

_____
Cristina D. Silva
United States District Judge