# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Casey Alan Johns,

    Petitioner

v.

Perry Russell, et al.,

    Respondents

Case No. 2:23-cv-00870-CDS-NJK

**Order Granting Motion for Extension of Time**

[ECF No. 37]

    Petitioner Casey Alan Johns has filed a motion for a 58-day extension of time to file his third-amended petition. ECF No. 37. This is Johns's second request for an extension of this deadline. Respondents filed an opposition, explaining that while they do not take issue with Johns's need to prepare his petition, they oppose the motion to the extent that it is based on conducting discovery to fully develop his claims. ECF No. 38. I have already found that "it is premature for this court to make" an assessment about considering new evidence that Johns may obtain from his investigation. ECF No. 34 at 2. As such, I find good cause exists to grant an extension even if part of the request is based on Johns's ongoing investigation.

    It is therefore ordered that the motion for extension of time **[ECF No. 37] is granted**. Johns has up to and including September 12, 2025, to file his third-amended petition.

    Dated: July 17, 2025

                                              Cristina D. Silva
                                              United States District Judge