# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Casey Alan Johns, | Case No. 2:23-cv-00870-CDS-NJK |
|---|---|
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| Perry Russell, et al., | [ECF No. 40] |
| Respondents | |

Petitioner Casey Alan Johns has filed an unopposed motion for a 32-day extension of time to file his third-amended petition. ECF No. 40. This is Johns's third request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time **[ECF No. 40] is granted**. Johns has up to and including October 14, 2025, to file his third-amended petition.

Dated: September 17, 2025

_____
Cristina D. Silva
United States District Judge