UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Casey Alan Johns,

        Petitioner

v.

Perry Russell, et al.,

        Respondents

Case No. 2:23-cv-00870-CDS-NJK

**Order Granting Motion for Extension of Time**

[ECF No. 47]

    Respondents have filed an unopposed motion for a 30-day extension of time to file their response to petitioner Casey Alan Johns's third-amended petition. ECF No. 47. This is the respondents' first request for an extension of this deadline. I find good cause exists to grant the motion.

    It is therefore ordered that the motion for extension of time **[ECF No. 47] is granted**. Respondents have up to and including January 14, 2026, to file their response.

    Dated: December 29, 2025

                                          _____
                                          Cristina D. Silva
                                          United States District Judge