**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Casey Alan Johns,

              Petitioner

v.

Perry Russell, et al.,

              Respondents

Case No. 2:23-cv-00870-CDS-NJK

**Order Granting Respondents'**
**Motion for Extension of Time**

[ECF No. 53]

       Respondents have filed an unopposed motion for a 30-day extension of time to file their response to petitioner Casey Alan Johns's third-amended petition. ECF No. 53. This is the respondents' second request for an extension of this deadline. I find good cause exists to grant the motion.

       It is therefore ordered that the motion for extension of time **[ECF No. 53] is granted**. Respondents have up to and including February 13, 2026, to file their response.

       Dated: January 16, 2026

_____
Cristina D. Silva
United States District Judge