UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Casey Alan Johns, | Case No. 2:23-cv-00870-CDS-NJK |
| Petitioner | **Order Granting Respondents' Motion for Extension of Time** |
| v. | [ECF No. 56] |
| Perry Russell, et al., | |
| Respondents | |

Respondents' deadline to file their response to petitioner Casey Alan Johns's third-amended petition is February 13, 2026. ECF No. 54. On January 28, 2026, Johns filed a motion for stay. ECF No. 55. In light of Johns's motion, which will need to be resolved before the respondents file their response to the third-amended petition, the respondents have filed a motion for an extension. ECF No. 56. I find that good cause exists to grant the request.

It is therefore ordered that the motion **[ECF No. 56] is granted**. Respondents' deadline to file their response to the third-amended petition is vacated. A new deadline will be set, as needed, after the motion for stay is resolved.

Dated: February 11, 2026

_____
Cristina D. Silva
United States District Judge