# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Casey Alan Johns,

          Petitioner

v.

Perry Russell, et al.,

          Respondents

Case No. 2:23-cv-00870-CDS-NJK

**Order Directing Respondents to File a Response to Petitioner's Motion for Stay**

This matter is before the Court on petitioner Casey Alan Johns's motion for stay. ECF No. 55. In the Court's scheduling order, it was ordered that "[t]he response and reply time to any motion filed by either party, including a motion filed in lieu of a pleading, shall be governed by Local Rule LR 7-2(b)." ECF No. 11 at 2. That rule states that "the deadline to file and serve any points and authorities in response to [a] motion is 14 days after service of the motion." LR 7-2(b). Johns's motion for stay was filed on January 28, 2026. ECF No. 55. Accordingly, the respondents' response to the motion for stay was due on February 11, 2026. To date, the respondents have not filed their response or a request for an extension of this deadline.

It is therefore ordered that on or before February 20, 2026, the respondents must respond to the motion for stay or request an extension of time to do so.

Dated: February 19, 2026

_____
Cristina D. Silva
United States District Judge