# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Casey Alan Johns,

             Petitioner

v.

Perry Russell, et al.,

             Respondents

Case No. 2:23-cv-00870-CDS-NJK

**Order Granting Motion for Extension of Time**

[ECF No. 60]

      Petitioner Casey Alan Johns has filed an unopposed motion for a seven-day extension of time to file his reply to the motion for stay. ECF No. 60. This is Johns's first request for an extension of this deadline. I find good cause exists to grant the motion.

      It is therefore ordered that the motion for extension of time **[ECF No. 60] is granted**. Johns has up to and including March 6, 2026, to file his reply.

      Dated: February 27, 2026

Cristina D. Silva
United States District Judge